## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
In re:                                      :
                                            :   Chapter 11
HEXION HOLDINGS LLC,                        :
                                            :   Case No. 19-10684 (   )
                      Debtor.               :
                                            :
Tax I.D. No. 27-4076842                     :
-----------------------------------------------------------------x
In re:                                      :
                                            :   Chapter 11
HEXION LLC,                                 :
                                            :   Case No. 19-10685 (   )
                      Debtor.               :
                                            :
Tax I.D. No. 20-2918090                     :
-----------------------------------------------------------------x
In re:                                      :
                                            :   Chapter 11
HEXION INC.,                                :
                                            :   Case No. 19-10687 (   )
                      Debtor.               :
                                            :
Tax I.D. No. 13-0511250                     :
-----------------------------------------------------------------x
In re:                                      :
                                            :   Chapter 11
LAWTER INTERNATIONAL INC.,                  :
                                            :   Case No. 19-10689 (   )
                      Debtor.               :
                                            :
Tax I.D. No. 36-1370818                     :
-----------------------------------------------------------------x
In re:                                      :
                                            :   Chapter 11
HEXION CI HOLDING COMPANY (CHINA) LLC,      :
                                            :   Case No. 19-10690 (   )
                      Debtor.               :
                                            :
Tax I.D. No. 20-3907441                     :
-----------------------------------------------------------------x
```

```
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION NIMBUS INC.,                         :
                                            :  Case No. 19-10692 (  )
                          Debtor.           :
                                            :
Tax I.D. No. 26-1604409                     :
                                            :
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION NIMBUS ASSET HOLDINGS LLC,           :
                                            :  Case No. 19-10964 (  )
                          Debtor.           :
                                            :
Tax I.D. No. 26-1604409                     :
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION DEER PARK LLC,                       :
                                            :  Case No. 19-10696 (  )
                          Debtor.           :
                                            :
Tax I.D. No. 82-4638302                     :
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION VAD LLC,                             :
                                            :  Case No. 19-10698 (  )
                          Debtor.           :
                                            :
Tax I.D. No. 83-1686340                     :
                                            :
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION 2 U.S. FINANCE CORP.,                :
                                            :  Case No. 19-10686 (  )
                          Debtor.           :
                                            :
Tax I.D. No. 20-5752643                     :
------------------------------------------------------------x
```

```
-----------------------------------------------------------------x
In re:                                         :
                                               :  Chapter 11
HEXION HSM HOLDINGS LLC,                        :
                                               :  Case No. 16-10688 ( )
                          Debtor.               :
                                               :
Tax I.D. No. 83-0867131                         :
-----------------------------------------------------------------x
In re:                                         :
                                               :  Chapter 11
HEXION INVESTMENTS INC.,                        :
                                               :  Case No. 19-10691 ( )
                          Debtor.               :
                                               :
Tax I.D. No. 51-0370359                         :
-----------------------------------------------------------------x
In re:                                         :
                                               :  Chapter 11
HEXION INTERNATIONAL INC.,                      :
                                               :  Case No. 19-10693 ( )
                          Debtor.               :
                                               :
Tax I.D. No. 20-2833048                         :
-----------------------------------------------------------------x
In re:                                         :
                                               :  Chapter 11
NORTH AMERICAN SUGAR INDUSTRIES                 :
INCORPORATED,                                   :  Case No. 19-10695 ( )
                                               :
                          Debtor.               :
                                               :
Tax I.D. No. 13-1639735                         :
-----------------------------------------------------------------x
In re:                                         :
                                               :  Chapter 11
CUBAN-AMERICAN MERCANTILE                       :
CORPORATION,                                    :  Case No. 19-10697 ( )
                                               :
                          Debtor.               :
                                               :
Tax I.D. No. 13-1639734                         :
-----------------------------------------------------------------x
```

```
-----------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
THE WEST INDIA COMPANY,                         :
                                                :  Case No. 19-10699 (  )
                              Debtor.           :
                                                :
Tax I.D. No. 13-1642288                         :
-----------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
NL COOP HOLDINGS LLC,                           :
                                                :  Case No. 19-10700 (  )
                              Debtor.           :
                                                :
Tax I.D. No. 27-2090696                         :
-----------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION NOVA SCOTIA FINANCE, ULC,                :
                                                :  Case No. 19-10701 (  )
                              Debtor.           :
                                                :
Tax I.D. No. N/A                                :
-----------------------------------------------------------------x
```

## DEBTORS' MOTION FOR ENTRY OF AN ORDER
## DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Hexion Holdings LLC ("**Hexion**") and its affiliated debtors and debtors in possession (collectively, the "**Debtors**")[1] respectfully submit this motion for the entry of an order, substantially in the form attached hereto as <u>Exhibit A</u> (the "**Proposed Order**"), pursuant to sections 105(a) and 521(a)(1)(B) of title 11 of the United States Code (the "Ba**nkruptcy Code**"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 1007-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), directing the joint administration of their chapter 11 cases for procedural purposes only and granting related relief. In support of this motion, the Debtors respectfully represent:

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b), and, pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final order by the Court in connection with this motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue is proper before the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are rule 1015(b) of the Bankruptcy Rules and Local Rule 1015-1.

## BACKGROUND

1.      On April 1, 2019 (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware.  The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No official committees have been appointed in these chapter 11 cases and no request has been made for the appointment of a trustee or examiner.

2.      Additional information about the Debtors' business, capital structure, and the events leading up to the Petition Date are set forth in the *Declaration of George F. Knight, Executive Vice President and Chief Financial Officer, in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings* (the "**Knight Declaration**"), filed on the Petition Date. [2]

## RELIEF REQUESTED

3.      By this motion, pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the Debtors request entry of an order, substantially in the form attached as Exhibit A, directing procedural consolidation and joint administration of these chapter 11 cases.

4.      In addition, the Debtors request that the caption of their chapter 11 cases in all pleadings and notices in the jointly administered cases be as follows:

---

[2] Capitalized terms used but not defined in this motion have the meanings used in the Knight Declaration.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| HEXION HOLDINGS LLC, et al., | : | Case No. 19-10684 (    ) |
| | : | |
| Debtors. | : | Jointly Administered |
| | x | |

5.      The Debtors also seek waiver of the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) that the case caption on pleadings and notices in these cases contain the name, tax identification number, and address of each Debtor and any names used by each Debtor in the previous eight years.  As an alternative to including this information in each caption, the Debtors propose to include the following footnote to each pleading filed and notice mailed by the Debtors, listing the Debtors in these chapter 11 cases and the last four digits of their tax identification numbers along with the address of the Debtors' corporate headquarters:

> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

6.      The Debtors also request that the Court make separate docket entries in each of the Debtors' chapter 11 cases (except that of Hexion Holdings LLC), substantially similar to the following:

3

An order has been entered in this case consolidating this case with the case of Hexion Holdings LLC (Case No. 19-10684 (   )) for procedural purposes only and providing for its joint administration in accordance with the terms thereof.  The docket in Case No. 19-10684 (   ) should be consulted for all matters affecting this case.

## BASIS FOR RELIEF REQUESTED

7.       Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f . . . two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  The Debtors are "affiliates" of each other as that term is defined in section 101(2) of the Bankruptcy Code, as Hexion Holdings LLC directly or indirectly owns one hundred percent (100%) of the equity interests in all of the other Debtors.  Further, the Debtors comprise a single business with highly integrated operations that rely on an interconnected network of suppliers, vendors and customers.  This Court thus is authorized to consolidate the Debtors' cases for procedural purposes.

8.       Local Rule 1015-1 provides additional authority for the Court to order joint administration of these chapter 11 cases:

> An order of joint administration may be entered, without notice and an opportunity for hearing, upon the filing of a motion for joint administration pursuant to Fed. R. Bankr. P. 1015, supported by an affidavit, declaration or verification, which establishes that the joint administration of two or more cases pending in the Court under title 11 is warranted and will ease the administrative burden for the Court and the parties.  An order of joint administration entered in accordance with this Local Rule may be reconsidered upon motion of any party in interest at any time.  An order of joint administration under this Local Rule is for procedural purposes only and shall not cause a "substantive" consolidation of the respective debtors' estates.

Del. Bankr. L.R. 1015-1.

4

9. The Knight Declaration establishes that joint administration of the Debtors' cases is warranted because it will ease the administrative burden on the Court and all parties in interest. Joint administration of the Debtors' cases will eliminate the need for duplicate pleadings, notices, and orders in each of the respective dockets and will save the Court, the Debtors, and other parties in interest substantial time and expense when preparing and filing such documents. Further, joint administration will protect parties in interest by ensuring that they will be apprised of the various motions filed with the Court with respect to each of the Debtors' cases. Therefore, joint administration of the Debtors' cases is appropriate under Bankruptcy Rule 1015(b) and Local Rule 1015-1.

10. Joint administration will not adversely affect the Debtors' respective constituencies because this motion seeks only administrative, not substantive consolidation of the Debtors' estates. Parties in interest will not be harmed by the relief requested; instead, parties in interest will benefit from the cost reductions associated with the joint administration of these chapter 11 cases. Accordingly, the Debtors submit that the joint administration of these chapter 11 cases is in the best interests of their estates, their creditors, and all other parties in interest.

11. Finally, the Debtors submit that use of the simplified caption, without reference to the Debtors' tax identification numbers, addresses, and previous names, will eliminate cumbersome and confusing procedures and ensure uniformity of pleading identification. Other case-specific information will be listed in the petitions for the respective Debtors and such petitions are publicly available and will be provided by the Debtors upon request. Therefore, the Debtors submit the policies behind the requirements of section 342(c)(1) of the Bankruptcy Code and Bankruptcy Rules 1005 and 2002(n) have been fully satisfied.

12.     Courts in this District have routinely granted relief similar to the relief requested in several other cases involving multiple related debtors.[3] For these reasons, the Debtors submit that the relief requested is necessary and appropriate, is in the best interest of their respective estates and creditors, and should be granted in all respects.

## NOTICE

13.     The Debtors will provide notice of this motion by facsimile, e-mail, overnight delivery, or hand delivery to: (i) Linda J. Casey of the Office of the United States Trustee for the District of Delaware; (ii) the holders of the 30 largest unsecured claims against the Debtors on a consolidated basis; (iii) the United States Attorney's Office for the District of Delaware; (iv) the attorneys general for the states in which the Debtors conduct business; (v) Akin Gump Strauss Hauer & Feld LLP as counsel to the ad hoc group of first lien noteholders; (vi) Milbank LLP as counsel to the ad hoc group of crossover noteholders; (vii) Jones Day as counsel to the ad hoc group of 1.5 lien noteholders; (viii) Simpson Thacher & Bartlett LLP as counsel to JPMorgan Chase Bank, N.A. as administrative agent and collateral agent under the Debtors' prepetition asset-based revolving credit facility; (ix) Wilmington Trust, National Association, as trustee under the First Lien Notes and the Second Lien Notes; (x) Arnold & Porter Kaye Scholer LLP as counsel to Wilmington Savings Fund Society, FSB, as trustee under the 1.5 Lien Notes; (xi) The Bank of New York Mellon, as trustee under the Borden Debentures; (xii) Simpson Thacher & Bartlett LLP and Landis Rath & Cobb LLP as counsel to the administrative agent and collateral agent under the Debtors' postpetition financing facility; (xiii) the Internal Revenue Service; (xiv) the Securities and Exchange Commission; (xv) the Pension

---

[3] *See, e.g., In re Imerys Talc Am., Inc.*, Case No. 19-10289 (LLS) (Bankr. D. Del. Feb. 14, 2019) (D.I. 52); *In re LBI Media, Inc.*, Case No. 18-12655 (CSS) (Bankr. D. Del. Nov. 21, 2018) (D.I. 22); *In re ATD Corp.*, Case No. 18-12221 (KJC) (Bankr. D. Del. Oct. 5, 2018) (D.I. 97).

6

Benefit Guaranty Corporation; and (xvi) the Environmental Protection Agency.  Following the hearing, a copy of this motion and any order entered with respect to it will be served on the foregoing parties and all parties having filed requests for notice in these chapter 11 cases.  A copy of the motion is also available on the Debtors' case website at http://www.omnimgt.com/HexionRestructuring.

14.     As this motion is seeking "first day" relief, notice of this motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m).  Due to the urgency of the relief requested, the Debtors submit that no other or further notice is necessary.

## <u>NO PRIOR MOTION</u>

15.     The Debtors have not made any prior motion for the relief sought in this motion to this Court or any other.

The Debtors respectfully request entry of an order, substantially in the forms attached as <u>Exhibit A</u>, granting the relief requested in its entirety and any other relief as is just and proper.

7

Dated:    April 1, 2019
         Wilmington, Delaware

*/s/ Michael J. Merchant*
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
Brendan J. Schlauch (No. 6115)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:    302-651-7700
Fax:         302-651-7701
Email:       collins@rlf.com
             merchant@rlf.com
             steele@rlf.com
             schlauch@rlf.com

- and -

George A. Davis (*pro hac vice* pending)
Andrew M. Parlen (*pro hac vice* pending)
Hugh Murtagh (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:       george.davis@lw.com
             andrew.parlen@lw.com
             hugh.murtagh@lw.com

- and -

Caroline A. Reckler (*pro hac vice* pending)
Jason B. Gott (*pro hac vice* pending)
**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:       caroline.reckler@lw.com
             jason.gott@lw.com

*Proposed Attorneys for the Debtors and Debtors in Possession*

8

**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION HOLDINGS LLC,                            :
                                                :  Case No. 19-10684 (  )
                      Debtor.                    :
                                                :
Tax I.D. No. 27-4076842                         :
-----------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION LLC,                                     :
                                                :  Case No. 19-10685 (  )
                      Debtor.                    :
                                                :
Tax I.D. No. 20-2918090                         :
-----------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION INC.,                                    :
                                                :  Case No. 19-10687 (  )
                      Debtor.                    :
                                                :
Tax I.D. No. 13-0511250                         :
-----------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
LAWTER INTERNATIONAL INC.,                      :
                                                :  Case No. 19-10689 (  )
                      Debtor.                    :
                                                :
Tax I.D. No. 36-1370818                         :
-----------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION CI HOLDING COMPANY (CHINA) LLC,  :
                                                :  Case No. 19-10690 (  )
                      Debtor.                    :
                                                :
Tax I.D. No. 20-3907441                         :
-----------------------------------------------------------------x
```

```
-------------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION NIMBUS INC.,                             :
                                                :  Case No. 19-10692 (  )
                          Debtor.               :
                                                :
Tax I.D. No. 26-1604409                         :
                                                :
-------------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION NIMBUS ASSET HOLDINGS LLC,               :
                                                :  Case No. 19-10694 (  )
                          Debtor.               :
                                                :
Tax I.D. No. 26-1604409                         :
-------------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION DEER PARK LLC,                           :
                                                :  Case No. 19-10696 (  )
                          Debtor.               :
                                                :
Tax I.D. No. 82-4638302                         :
-------------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION VAD LLC,                                 :
                                                :  Case No. 19-10698 (  )
                          Debtor.               :
                                                :
Tax I.D. No. 83-1686340                         :
                                                :
-------------------------------------------------------------------x
In re:                                          :
                                                :  Chapter 11
HEXION 2 U.S. FINANCE CORP.,                    :
                                                :  Case No. 19-10686 (  )
                          Debtor.               :
                                                :
Tax I.D. No. 20-5752643                         :
-------------------------------------------------------------------x
```

```
--------------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
HEXION HSM HOLDINGS LLC,                         :
                                                :   Case No. 16-10688 (  )
                                Debtor.          :
                                                :
Tax I.D. No. 83-0867131                          :
--------------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
HEXION INVESTMENTS INC.,                         :
                                                :   Case No. 19-10691 (  )
                                Debtor.          :
                                                :
Tax I.D. No. 51-0370359                          :
--------------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
HEXION INTERNATIONAL INC.,                       :
                                                :   Case No. 19-10693 (  )
                                Debtor.          :
                                                :
Tax I.D. No. 20-2833048                          :
--------------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
NORTH AMERICAN SUGAR INDUSTRIES                  :
INCORPORATED,                                    :   Case No. 19-10695 (  )
                                                :
                                Debtor.          :
                                                :
Tax I.D. No. 13-1639735                          :
--------------------------------------------------------------------x
In re:                                          :
                                                :   Chapter 11
CUBAN-AMERICAN MERCANTILE                        :
CORPORATION,                                     :   Case No. 19-10697 (  )
                                                :
                                Debtor.          :
                                                :
Tax I.D. No. 13-1639734                          :
--------------------------------------------------------------------x
```

```
-------------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
THE WEST INDIA COMPANY,                     :
                                            :  Case No. 19-10699 (  )
                        Debtor.             :
                                            :
Tax I.D. No. 13-1642288                     :
-------------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
NL COOP HOLDINGS LLC,                       :
                                            :  Case No. 19-10700 (  )
                        Debtor.             :
                                            :
Tax I.D. No. 27-2090696                     :
-------------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION NOVA SCOTIA FINANCE, ULC,            :
                                            :  Case No. 19-10701 (  )
                        Debtor.             :
                                            :
Tax I.D. No. N/A                            :
-------------------------------------------------------------------x
```

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the Debtors'[1] motion (the "**Motion**")[2] for entry of an order (this "**Order**") directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only and granting certain related relief, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the Knight Declaration and the record of the Hearing and all the proceedings before the Court; and the Court having found and determined that the relief requested to be in the best interests of the Debtors, their estates and creditors, and any parties in interest; and the legal and factual bases set forth in the Motion and at the Hearing having established just cause for the relief granted herein; and after

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Each of the above-captioned chapter 11 cases of the Debtors are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 19-[] (  ).

3.      Notwithstanding anything in the Motion or Order to the contrary, any payment made or action taken by any of the Debtors pursuant to the authority granted herein, as well as the exercise of any and all other rights and authorizations granted or approved hereunder, shall be subject in all respects to, as applicable, the orders approving the Debtors' use of cash collateral and/or post-petition debtor-in-possession financing facilities (collectively, the "**DIP Orders**").

4.      Nothing contained in the Motion or this Order is to be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

5.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| HEXION HOLDINGS LLC, et al., | : | Case No. 19-10684 (  ) |
| | : | |
| Debtors. | : | Joint Administration Requested |
| ------------------------------------------------- x | | |

2

6.      All pleadings and notices shall be captioned as indicated in the preceding

decretal paragraph, and all original docket entries shall be made in the case of Hexion Holdings

LLC, Case No. 19-10684 (  ).

7.      A docket entry shall be made in each of the Debtors' cases (except that of

Hexion Holdings LLC) substantially similar to the following:

> An order has been entered in this case consolidating this case with
> the case of Hexion Holdings LLC (Case No. 19-10684 (   )) for
> procedural purposes only and providing for its joint administration
> in accordance with the terms thereof.  The docket in Case No. 19-
> 10684 (  ) should be consulted for all matters affecting this case.

8.      The Debtors are directed to include the following footnote to each

pleading they file and notice they mail in these cases, listing the Debtors in these chapter 11

cases and the last four numbers of their tax identification numbers along with the address of the

Debtors' corporate headquarters only:

> The Debtors in these cases, along with the last four digits of each
> Debtor's federal tax identification number, are Hexion Holdings
> LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter
> International Inc. (0818); Hexion CI Holding Company (China)
> LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset
> Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion
> VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion
> HSM Holdings LLC (7131); Hexion Investments Inc. (0359);
> Hexion International Inc. (3048); North American Sugar Industries
> Incorporated (9735); Cuban-American Mercantile Corporation
> (9734); The West India Company (2288); NL Coop Holdings LLC
> (0696); and Hexion Nova Scotia Finance, ULC (N/A).    The
> address of the Debtors' corporate headquarters is 180 East Broad
> Street, Columbus, Ohio 43215.

9.      The terms and conditions of this Order are immediately effective and

enforceable upon its entry.

10.      The Debtors are authorized and empowered to take all actions necessary

or appropriate to implement the relief granted in this Order.

3

11.    This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2019
         Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

4