# ORIGINAL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
In re:                                       :
                                             :   Chapter 11
HEXION HOLDINGS LLC,                         :
                                             :   Case No. 19-10684 (KG)
                         Debtor.             :
                                             :   Re: Docket No. 2
Tax I.D. No. 27-4076842                      :
-------------------------------------------------------------------x
In re:                                       :
                                             :   Chapter 11
HEXION LLC,                                  :
                                             :   Case No. 19-10685 (KG)
                         Debtor.             :
                                             :   Re: Docket No. 2
Tax I.D. No. 20-2918090                      :
-------------------------------------------------------------------x
In re:                                       :
                                             :   Chapter 11
HEXION INC.,                                 :
                                             :   Case No. 19-10687 (KG)
                         Debtor.             :
                                             :   Re: Docket No. 2
Tax I.D. No. 13-0511250                      :
-------------------------------------------------------------------x
In re:                                       :
                                             :   Chapter 11
LAWTER INTERNATIONAL INC.,                   :
                                             :   Case No. 19-10689 (KG)
                         Debtor.             :
                                             :   Re: Docket No. 2
Tax I.D. No. 36-1370818                      :
-------------------------------------------------------------------x
In re:                                       :
                                             :   Chapter 11
HEXION CI HOLDING COMPANY (CHINA) LLC,       :
                                             :   Case No. 19-10690 (KG)
                         Debtor.             :
                                             :   Re: Docket No. 2
Tax I.D. No. 20-3907441                      :
-------------------------------------------------------------------x
```

```
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION NIMBUS INC.,                         :
                                            :  Case No. 19-10692 (KG)
                        Debtor.             :
                                            :  Re: Docket No. 2
Tax I.D. No. 26-1604409                     :
                                            :
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION NIMBUS ASSET HOLDINGS LLC,           :
                                            :  Case No. 19-10694 (KG)
                        Debtor.             :
                                            :  Re: Docket No. 2
Tax I.D. No. 26-1604409                     :
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION DEER PARK LLC,                       :
                                            :  Case No. 19-10696 (KG)
                        Debtor.             :
                                            :  Re: Docket No. 2
Tax I.D. No. 82-4638302                     :
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION VAD LLC,                             :
                                            :  Case No. 19-10698 (KG)
                        Debtor.             :
                                            :  Re: Docket No. 2
Tax I.D. No. 83-1686340                     :
                                            :
------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION 2 U.S. FINANCE CORP.,                :
                                            :  Case No. 19-10686 (KG)
                        Debtor.             :
                                            :  Re: Docket No. 2
Tax I.D. No. 20-5752643                     :
------------------------------------------------------------x
```

```
---------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION HSM HOLDINGS LLC,                     :
                                            :  Case No. 16-10688 (KG)
                          Debtor.            :
                                            :  Re: Docket No. 2
Tax I.D. No. 83-0867131                      :
---------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION INVESTMENTS INC.,                     :
                                            :  Case No. 19-10691 (KG)
                          Debtor.            :
                                            :  Re: Docket No. 2
Tax I.D. No. 51-0370359                      :
---------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
HEXION INTERNATIONAL INC.,                   :
                                            :  Case No. 19-10693 (KG)
                          Debtor.            :
                                            :  Re: Docket No. 2
Tax I.D. No. 20-2833048                      :
---------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
NORTH AMERICAN SUGAR INDUSTRIES             :
INCORPORATED,                               :  Case No. 19-10695 (KG)
                                            :
                          Debtor.            :  Re: Docket No. 2
                                            :
Tax I.D. No. 13-1639735                      :
---------------------------------------------------------------x
In re:                                      :
                                            :  Chapter 11
CUBAN-AMERICAN MERCANTILE                    :
CORPORATION,                                :  Case No. 19-10697 (KG)
                                            :
                          Debtor.            :  Re: Docket No. 2
                                            :
Tax I.D. No. 13-1639734                      :
---------------------------------------------------------------x
```

3

```
-------------------------------------------------------------------x
In re:                                                :
                                                      :  Chapter 11
THE WEST INDIA COMPANY,                               :
                                                      :  Case No. 19-10699 (KG)
                              Debtor.                 :
                                                      :  Re: Docket No. 2
Tax I.D. No. 13-1642288                               :
-------------------------------------------------------------------x
In re:                                                :
                                                      :  Chapter 11
NL COOP HOLDINGS LLC,                                 :
                                                      :  Case No. 19-10700 (KG)
                              Debtor.                 :
                                                      :  Re: Docket No. 2
Tax I.D. No. 27-2090696                               :
-------------------------------------------------------------------x
In re:                                                :
                                                      :  Chapter 11
HEXION NOVA SCOTIA FINANCE, ULC,                      :
                                                      :  Case No. 19-10701 (KG)
                              Debtor.                 :
                                                      :  Re: Docket No. 2
Tax I.D. No. N/A                                      :
-------------------------------------------------------------------x
```

4

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Debtors'[1] motion (the "**Motion**")[2] for entry of an order (this "**Order**") directing the Debtors' chapter 11 cases to be jointly administered for procedural purposes only and granting certain related relief, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the Knight Declaration and the record of the Hearing and all the proceedings before the Court; and the Court having found and determined that the relief requested to be in the best interests of the Debtors, their estates and creditors, and any parties in interest; and the legal and factual bases set forth in the Motion and at the Hearing having established just cause for the relief granted herein; and after

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Each of the above-captioned chapter 11 cases of the Debtors are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 19-10684 (KG).

3.      Notwithstanding anything in the Motion or Order to the contrary, any payment made or action taken by any of the Debtors pursuant to the authority granted herein, as well as the exercise of any and all other rights and authorizations granted or approved hereunder, shall be subject in all respects to, as applicable, the orders approving the Debtors' use of cash collateral and/or post-petition debtor-in-possession financing facilities (collectively, the "**DIP Orders**").

4.      Nothing contained in the Motion or this Order is to be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases.

5.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| In re: | : | Chapter 11 |
| | : | |
| HEXION HOLDINGS LLC, et al., | : | Case No. 19-10684 (KG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | x | |

US-DOCS\105681943.6 RLF1 21038274v.1

6.    All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of Hexion Holdings LLC, Case No. 19-10684 (KG).

7.    A docket entry shall be made in each of the Debtors' cases (except that of Hexion Holdings LLC) substantially similar to the following:

> An order has been entered in this case consolidating this case with the case of Hexion Holdings LLC (Case No. 19-10684 (KG)) for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 19-10684 (KG) should be consulted for all matters affecting this case.

8.    The Debtors are directed to include the following footnote to each pleading they file and notice they mail in these cases, listing the Debtors in these chapter 11 cases and the last four numbers of their tax identification numbers along with the address of the Debtors' corporate headquarters only:

> The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

9.    The terms and conditions of this Order are immediately effective and enforceable upon its entry.

10.    The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

US-DOCS\105681943.6 RLF1 21038274v.1

      11.    This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2019
       Wilmington, Delaware

 

_____
THE HONORABLE KEVIN GROSS
UNITED STATE BANKRUPTCY JUDGE

US-DOCS\105681943.6 RLF1 21038274v.1