# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x

In re:                                           :        Chapter 11
                                                 :
HEXION HOLDINGS LLC, et al.,[1]                  :        Case No. 19-10684 (KG)
                                                 :
        Debtors.                                 :        (Jointly Administered)
                                                 :
                                                 :        **Re: D.I. 550**
------------------------------------------------------------- x

## NOTICE OF FILING OF AMENDMENT TO SCHEDULES OF DEBTOR
## NORTH AMERICAN SUGAR INDUSTRIES INCORPORATED (CASE NO. 19-10695)

PLEASE TAKE NOTICE that, on June 7, 2019, North American Sugar Industries Incorporated ("**North American Sugar**"), one of the debtors and debtors in possession in the above-captioned chapter 11 cases, filed its Schedules of Assets and Liabilities [D.I. 550] (the "**Schedules**") with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that North American Sugar is hereby filing an amendment to Schedule H (Codebtors) (the "**Schedule Amendment**") to conform with Official Form 206H: Codebtors.

PLEASE TAKE FURTHER NOTICE that a copy of the Schedule Amendment is attached hereto as <u>Exhibit A</u>.  The Schedule Amendment amends, supersedes and replaces, the previously filed Schedule H.  The Schedule Amendment is hereby incorporated into, and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hexion Holdings LLC (6842); Hexion LLC (8090); Hexion Inc. (1250); Lawter International Inc. (0818); Hexion CI Holding Company (China) LLC (7441); Hexion Nimbus Inc. (4409); Hexion Nimbus Asset Holdings LLC (4409); Hexion Deer Park LLC (8302); Hexion VAD LLC (6340); Hexion 2 U.S. Finance Corp. (2643); Hexion HSM Holdings LLC (7131); Hexion Investments Inc. (0359); Hexion International Inc. (3048); North American Sugar Industries Incorporated (9735); Cuban-American Mercantile Corporation (9734); The West India Company (2288); NL Coop Holdings LLC (0696); and Hexion Nova Scotia Finance, ULC (N/A). The address of the Debtors' corporate headquarters is 180 East Broad Street, Columbus, Ohio 43215.

comprises an integral part of, the Schedules.  North American Sugar reserves its right to further amend the Schedules, from time to time as may be necessary or appropriate.

[*Remainder of page intentionally left blank.*]

Dated:    June 13, 2019
          Wilmington, Delaware

                                   */s/  Brendan J. Schlauch*
                                   Mark D. Collins (No. 2981)
                                   Michael J. Merchant (No. 3854)
                                   Amanda R. Steele (No. 5530)
                                   Brendan J. Schlauch (No. 6115)
                                   **RICHARDS, LAYTON & FINGER, P.A.**
                                   One Rodney Square
                                   920 North King Street
                                   Wilmington, Delaware 19801
                                   Telephone:    302-651-7700
                                   Fax:          302-651-7701
                                   Email:        collins@rlf.com
                                                 merchant@rlf.com
                                                 steele@rlf.com
                                                 schlauch@rlf.com

                                   - and -

                                   George A. Davis (admitted *pro hac vice*)
                                   Andrew M. Parlen (admitted *pro hac vice*)
                                   Hugh Murtagh (admitted *pro hac vice*)
                                   **LATHAM & WATKINS LLP**
                                   885 Third Avenue
                                   New York, New York 10022
                                   Telephone:    (212) 906-1200
                                   Facsimile:    (212) 751-4864
                                   Email:        george.davis@lw.com
                                                 andrew.parlen@lw.com
                                                 hugh.murtagh@lw.com

                                   - and -

                                   Caroline A. Reckler (admitted *pro hac vice*)
                                   Jason B. Gott (admitted *pro hac vice*)
                                   **LATHAM & WATKINS LLP**
                                   330 North Wabash Avenue, Suite 2800
                                   Chicago, Illinois 60611
                                   Telephone:    (312) 876-7700
                                   Facsimile:    (312) 993-9767
                                   Email:        caroline.reckler@lw.com
                                                 jason.gott@lw.com

                                   *Attorneys for the Debtors and Debtors in
                                   Possession*

3

**EXHIBIT A**

**North American Sugar Industries Incorporated**                    **Case Number:**        **19-10695**

## Schedule H: Codebtors

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**

    Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1 | Column 2 | Applicable Schedule | | |
|---|---|---|---|---|
| **Codebtor Name and Mailing Address** | **Creditor Name** | **D** | **E/F** | **G** |
| 2. 1 | - | ☐ | ☐ | ☐ |

**Total Number of Co-Debtor / Creditor rows: 0**

Fill in this information to identify the case and this filing:

Debtor Name <u>North American Sugar Industries Incorporated</u>

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: <u>19-10695</u>

<u>Official Form 202</u>

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒    *Amended Schedule* <u>_H__</u>

☐    *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>06/13/2019</u>             **X**    <u>/s/ George F. Knight, III</u>
                            MM/DD/YYYY                    Signature of individual on behalf of debtor

                                            <u>George F. Knight, III</u>
                                            Printed name

                                            <u>Executive Vice President and Chief Financial Officer</u>
                                            Position or relationship to debtor