# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| HEXION HOLDINGS LLC, | : | |
| | : | Case No. 19-10684 (KG) |
|                        Debtor. | : | |
| Tax I.D. No. 27-4076842 | : | |
| In re: | : | |
| | : | Chapter 11 |
| HEXION LLC, | : | |
| | : | Case No. 19-10685 (KG) |
|                        Debtor. | : | |
| Tax I.D. No. 20-2918090 | : | |
| In re: | : | |
| | : | Chapter 11 |
| HEXION INC., | : | |
| | : | Case No. 19-10687 (KG) |
|                        Debtor. | : | |
| Tax I.D. No. 13-0511250 | : | |
| In re: | : | |
| | : | Chapter 11 |
| LAWTER INTERNATIONAL INC., | : | |
| | : | Case No. 19-10689 (KG) |
|                        Debtor. | : | |
| Tax I.D. No. 36-1370818 | : | |
| In re: | : | |
| | : | Chapter 11 |
| HEXION CI HOLDING COMPANY (CHINA) LLC, | : | |
| | : | Case No. 19-10690 (KG) |
|                        Debtor. | : | |
| Tax I.D. No. 20-3907441 | : | |

```
------------------------------------------------------------- x
In re:                                          :
                                                :    Chapter 11
HEXION NIMBUS INC.,                             :
                                                :    Case No. 19-10692 (KG)
                            Debtor.             :
                                                :
Tax I.D. No. 26-1604409                         :
                                                :
------------------------------------------------------------- x
In re:                                          :
                                                :    Chapter 11
HEXION NIMBUS ASSET HOLDINGS LLC,               :
                                                :    Case No. 19-10694 (KG)
                            Debtor.             :
                                                :
Tax I.D. No. 26-1604409                         :
------------------------------------------------------------- x
In re:                                          :
                                                :    Chapter 11
HEXION DEER PARK LLC,                           :
                                                :    Case No. 19-10696 (KG)
                            Debtor.             :
                                                :
Tax I.D. No. 82-4638302                         :
------------------------------------------------------------- x
In re:                                          :
                                                :    Chapter 11
HEXION VAD LLC,                                 :
                                                :    Case No. 19-10698 (KG)
                            Debtor.             :
                                                :
Tax I.D. No. 83-1686340                         :
                                                :
------------------------------------------------------------- x
In re:                                          :
                                                :    Chapter 11
HEXION 2 U.S. FINANCE CORP.,                    :
                                                :    Case No. 19-10686 (KG)
                            Debtor.             :
                                                :
Tax I.D. No. 20-5752643                         :
------------------------------------------------------------- x
```

```
------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
HEXION HSM HOLDINGS LLC,                                     :
                                                             :    Case No. 16-10688 (KG)
                                   Debtor.                   :
                                                             :
Tax I.D. No. 83-0867131                                      :
------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
HEXION INVESTMENTS INC.,                                     :
                                                             :    Case No. 19-10691 (KG)
                                   Debtor.                   :
                                                             :
Tax I.D. No. 51-0370359                                      :
------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
HEXION INTERNATIONAL INC.,                                   :
                                                             :    Case No. 19-10693 (KG)
                                   Debtor.                   :
                                                             :
Tax I.D. No. 20-2833048                                      :
------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
NORTH AMERICAN SUGAR INDUSTRIES                              :
INCORPORATED,                                                :    Case No. 19-10695 (KG)
                                                             :
                                   Debtor.                   :
                                                             :
Tax I.D. No. 13-1639735                                      :
------------------------------------------------------------ x
In re:                                                       :
                                                             :    Chapter 11
CUBAN-AMERICAN MERCANTILE                                    :
CORPORATION,                                                 :    Case No. 19-10697 (KG)
                                                             :
                                   Debtor.                   :
                                                             :
Tax I.D. No. 13-1639734                                      :
------------------------------------------------------------ x
```

```
------------------------------------------------------------- x
In re:                                                        :
                                                              :    Chapter 11
THE WEST INDIA COMPANY,                                       :
                                                              :    Case No. 19-10699 (KG)
                    Debtor.                                   :
                                                              :
Tax I.D. No. 13-1642288                                       :
------------------------------------------------------------- x
In re:                                                        :
                                                              :    Chapter 11
NL COOP HOLDINGS LLC,                                         :
                                                              :    Case No. 19-10700 (KG)
                    Debtor.                                   :
                                                              :
Tax I.D. No. 27-2090696                                       :
------------------------------------------------------------- x
In re:                                                        :
                                                              :    Chapter 11
HEXION NOVA SCOTIA FINANCE, ULC,                              :
                                                              :    Case No. 19-10701 (KG)
                    Debtor.                                   :
                                                              :
Tax I.D. No. N/A                                              :
------------------------------------------------------------- x
```

**FINAL DECREE (I) CLOSING THE AFFILIATE CASES AND
(II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[1] (i) authorizing the closure of the Affiliate Cases (as defined below) as of the Effective Date and (ii) granting related relief; and the Court having jurisdiction to consider the Motion and the relief requested herein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having authority to enter a final decree consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and the legal and factual bases set forth in the Motion having established just cause for the relief

---
[1] Capitalized terms used but not otherwise defined herein have the meanings used in the Motion.

4

RLF1 21462459v.2

granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is

**HEREBY ORDERED THAT:**

1. The chapter 11 cases (the "**Affiliate Cases**") of the sixteen (16) Debtors identified on **Exhibit A** attached hereto (the "**Affiliate Debtors**") are hereby closed.

2. The cases of Hexion Holdings LLC (Case No. 19-10684 (KG)) and Hexion Inc. (Case No. 19-10687 (KG)) shall remain open pending further order of this Court.

3. The Clerk of this Court shall enter this Order individually on each of the dockets of the above-captioned chapter 11 cases and each of the dockets of the Affiliate Cases shall be marked as "Closed."

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. Entry of this Order is without prejudice to the rights of the Debtors or any party in interest to seek to reopen the Affiliate Cases for cause.

6. Following entry of this Order, the references to the Affiliate Debtors shall be removed from the jointly administered case caption for these chapter 11 cases to reflect the closing of such cases in accordance with the relief granted pursuant to this Order

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement or interpretation of this Order.

**Dated: July 12th, 2019**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 21462459v.2

# **EXHIBIT A**

**Affiliate Cases**

**Affiliate Cases**

| DEBTOR | CASE NO. |
|---|---|
| Hexion LLC | 19-10685 |
| Lawter International Inc. | 19-10689 |
| Hexion CI Holding Company (China) LLC | 19-10690 |
| Hexion Nimbus Inc. | 19-10692 |
| Hexion Nimbus Asset Holdings LLC | 19-10694 |
| Hexion Deer Park LLC | 19-10696 |
| Hexion VAD LLC | 19-10698 |
| Hexion 2 U.S. Finance Corp. | 19-10686 |
| Hexion HSM Holdings LLC | 19-10688 |
| Hexion Investments Inc. | 19-10691 |
| Hexion International Inc. | 19-10693 |
| North American Sugar Industries Incorporated | 19-10695 |
| Cuban-American Mercantile Corporation | 19-10697 |
| The West India Company Petition | 19-10699 |
| NL Coop Holdings LLC | 19-10700 |
| Hexion Nova Scotia Finance, ULC | 19-10701 |